In the Matter of JASON EVERETT PANZER, Appellant, v MELISSA JEAN WOOD, Respondent.

Submitted November 26, 2012; decided January 10, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL BELL, JR., Appellant.

Submitted January 7, 2013; decided January 10, 2013

Motion for assignment of counsel granted and Alex Smith, Esq., 6 North Street, Middletown, New York 10940 assigned as counsel to the appellant on the appeal herein.

---

AKWESASNE CONVENIENCE STORE ASSOCIATION et al., Appellants, v STATE OF NEW YORK et al., Respondents.

Decided January 15, 2013

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Fourth Department, upon the ground that a direct appeal does not lie (NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).

---

In the Matter of RITA CUSIMANO, Appellant, v STRIANESE FAMILY LIMITED PARTNERSHIP et al., Respondents, and BERNARD STRIANESE et al., Intervenors-Respondents, et al., Respondents.

Submitted November 13, 2012; decided January 15, 2013

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the denial of appellant's motion to renew, dismissed upon the ground that such part of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.